UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  23-20217-BKC-LMI
CHAPTER 11

IN RE:
BISCYANE BEACH APARTMENTS, LLC
    Debtor.
_____/

**DEBTOR'S EMERGENCY  MOTION TO ALLOW REFINANCE OF REAL PROPERTY**
(The emergency nature is that the Debtor intends to close within a day or two, either on Friday February 9, 2024 or on Monday, February 12, 2024)

The Debtor, BISCAYNE BEACH APARTMENTS, LLC, moves this Honorable Court for allowing Refinancing of Real Property of the United States Bankruptcy Code and states:

1. On December 11, 2023, the Debtor filed a voluntary petition for relief under a Chapter 11.

2. The Debtor listed in their Schedules real property located at 834-842 84th Street, Miami, FL 33141, which the Debtor is intending to refinance.

3. Undersigned has provided to Peter Tappert, counsel for creditor, 842 84 St. Lender, LLC, the HUD 1 and the letter of intent, which are attached to this Motion.

**CERTIFICATION OF LOCAL RULE 9075-I**

4. The emergency nature is that the Debtor intends to close within a day or two, either on Friday February 9, 2024 or on Monday, February 12, 2024.

WHEREFORE, the Debtor requests the Court enter an Emergency Order allowing the Debtor to refinance their real property.

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to U.S. Trustee at USTPRegion21.MM.ECF@usdoj.gov and Peter A. Tappert, Esquire at ptappert@wdpalaw.com and those set forth in the NEF, this 7th day of February 2024 and this Motion and an upcoming Notice of Hearing will be mailed on a separate Certificate of Service to those set forth above and by regular mail to all creditors.

                                                                                                                                                                                                                      LAW OFFICES OF MICHAEL A. FRANK
                                                                     & RODOLFO H. DE LA GUARDIA, JR.
                                                                     Attorneys for the Debtor(s)
                                                                     Suite 201
                                                                     2000 Northwest 89th Place
                                                                    Doral, FL 33172
                                                                   Telephone (305) 443-4217
                                                                   Email- Pleadings@bkclawmiami.com

                                                                   By  /m/_____
                                                                        Michael A. Frank
                                                                        Florida Bar No. 339075